# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

BRUCE E. BALDINGER,

       Plaintiff,

v.

ANTONIO FERRI, et al.,

       Defendants.

Civil Action No.: 10-3122 (PGS)

**ORDER**

This matter comes before the Court on Plaintiff Bruce Baldinger's ("Plaintiff's") motion to hold Defendant Matteo Pattisso ("Defendant") in contempt of the Court's Order dated February 28, 2011 (ECF No. 81.); and the Court having considered the submissions of the parties; and the Court having heard oral argument on April 28, 2011; and for the reasons set forth on the record on April 28, 2011; and for good cause shown;

IT IS on this 28th day of April 2011, **ORDERED** as follows:

1. Plaintiff's motion to hold Defendant in contempt is denied. (ECF No. 81.)

2. Defendant is ordered to submit, by May 12, 2011, either (a) the outstanding documents requested by the Court in its Order, dated April 7, 2011, or (b) a motion setting forth why such documents need not be provided to the Court.

_Peter M. Sheridan_

PETER G. SHERIDAN, U.S.D.J.

April 28, 2011